ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division

DOUGLAS JOHNS (CABN 314798)
Assistant United States Attorney

    60 South Market Street, Suite 1200
    San Jose, California 95113
    Telephone: (415) 846-8947
    FAX: (408) 535-5081
    Douglas.Johns@usdoj.gov

Attorneys for UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE FROM THE SUWON DISTRICT COURT, REPUBLIC OF KOREA, IN THE MATTER OF LIFE WORD MISSION V. FISHERMAN CATCHING FISH | MISC. NO.<br><br>EX PARTE APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782 |

    Ismail J. Ramsey, United States Attorney for the Northern District of California, by the undersigned Assistant United States Attorney, Douglas Johns, petitions this Court for an Order pursuant to 28 U.S.C. § 1782(a), appointing Douglas Johns, Assistant United States Attorney, Commissioner for the purposes of obtaining documents from Google, Inc. Certain information has been requested by the Suwon District Court in Anyang-si, Republic of Korea ("Korean Court") pursuant to a Letter of Request issued in connection with a civil judicial proceeding captioned: *Life Word Mission v. Fisherman Catching Fish*, Foreign Reference Number 2024-F-3847.

1  The grounds for this *Ex Parte* Application are more fully articulated in the Memorandum of Law that has been simultaneously filed with the Application. A proposed Order is also provided for the convenience of the Court. Google has agreed to accept service of the subpoena at issue by email.

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

DATED: February 13, 2025

*/s/ Douglas Johns*
DOUGLAS JOHNS
Assistant United States Attorney

EX PARTE APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782
2